UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**　　JS-6

| Case No. | CV09-6350 CAS (Ex) | Date | March 9, 2010 |
|---|---|---|---|
| Title | ALEJANDRO JIMENEZ; ET AL. v. MORTGAGEIT, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**　　(In Chambers:) ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ACTION IN ITS ENTIRETY

On February 12, 2010, this Court ordered plaintiffs to show cause on or before March 6, 2010, why the instant action should not be dismissed for failure to prosecute. As of the date of this order, plaintiffs have failed to timely respond. Therefore, the Court dismisses the action without prejudice.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |